BUCHALTER NEMER
A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
CAROL A. DWYER (SBN: 239769)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: kaman@buchalter.com
       cdwyer@buchalter.com

Attorneys for Defendants
ARGENT MORTGAGE COMPANY LLC,
AMERIQUEST MORTGAGE COMPANY and
TOWN AND COUNTY TITLE SERVICES, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MOSER,<br><br>    Plaintiff,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY LLC, AMERIQUEST MORTGAGE, FIRST AMERICAN TITLE COMPANY, POWER DEFAULT SERVICES INC., TOWN AND COUNTRY TITLE SERVICES INC., CITI RESIDENTIAL LENDING INC., DEFAULT RESOLUTION NETWORK, AMERICAN HOME MORTGAGE SERVICING INC., OPTION ONE MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, COUNTY OF ORANGE, GRE DEVELOPMENT INC., AS TRUSTEE #2966,<br><br>    Defendants. | Case No. SACV 10-1851 AG (RNBx)<br><br>Hon. Andrew H. Guilford<br><br>[PROPOSED] JUDGMENT OF DISMISSAL OF ENTIRE ACTION<br><br>Date:      April 25, 2011<br>Time:     10:00 a.m.<br>Courtroom: 10D |

The Order to Show Cause Re: Sanctions, Including Dismissal, for Failure of Plaintiff to Prosecute came on for hearing on April 25, 2011 at 10:00 a.m. in Courtroom 10D of the above entitled Court, the Honorable Andrew J. Guilford, presiding.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Plaintiff shall take nothing and all defendants shall be dismissed with prejudice.

DATED: April 29, 2011

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE